UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

MOHAWK VALLEY NURSING HOME, INC.,
                Debtor.

BK CASE NO: 09-30389-5
AP CASE NO. 10-50020-5

STIPULATION OF SETTLEMENT

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

                Plaintiff,

-vs-

SYSCO FOOD SERVICE

                Defendant.

WHEREAS, the parties wish to settle the above-referenced adversary proceeding in its entirety,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff and the defendant that the above-entitled adversary proceeding be and the same is hereby settled upon the following terms and conditions:

1) Defendant, Sysco Food Service, shall reduce its claim by $7,000.00 to $35,026.87 and shall file an amended proof of claim.

2) Plaintiff will honor defendant Sysco Food Service's amended proof of claim in the amount of $35,026.87.

3) This Stipulation will constitute settlement of this adversary proceeding.

4) Plaintiff, The Official Committee of Unsecured Creditors, shall withdraw its motion objecting to defendant Sysco Food Service's Claim returnable May 27, 2010.

Dated: May 26, 2010

                        **DAVID J. KOZLOWSKI, ESQ**
                        **ATTORNEY FOR THE OFFICIAL COMMITTEE**
                        **OF UNSECURED CREDITORS**

_/s/ David J. Kozlowski_

STATE OF          )
COUNTY OF      ) ss:

On May 26, 2010, before me personally came David J. Kozlowski, to me known, who, being by me, duly sworn did depose and say that he is the defendant described and which executed the within instrument; and he is authorized to execute the within instrument, that he signed his name thereto by like order.

_/s/ Marianna F. Miyazaki_
NOTARY PUBLIC

MARIANNA F. MIYAZAKI
Notary Public, State of New York
No. 02MI6196444
Qualified in New York County
Commission Expires Nov. 17, 2012

                        **JOSEPH M. SHUR, ESQ.**
                        **ATTORNEY FOR SYSCO FOOD SERVICES**

_/s/ Joseph M. Shur_

STATE OF New York )
COUNTY OF Monroe ) ss:

On May 27, 2010, before me personally came Joseph M. Shur, to me known, who, being by me, duly sworn did depose and say that he is the defendant described and which executed the within instrument; and he is authorized to execute the within instrument, that he signed his name thereto by like order.

_/s/ Pauline Smith_
NOTARY PUBLIC

PAULINE SMITH
Notary Public, State of New York
Qualified in Monroe County
No. 01SM6176501
Commission Expires October 29, 20__