**SO ORDERED.**

**SIGNED this 11 day of June, 2010.**



_____
**MARGARET CANGILOS-RUIZ
UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

MOHAWK VALLEY NURSING HOME, INC.,

                                          Debtor.
-----------------------------------------------------------------x

The Official Committee of Unsecured Creditors of Mohawk Valley Nursing Home, Inc.,

                                          Plaintiff,

     v.

Sysco Food Service,

                                          Defendant.
-----------------------------------------------------------------x

Chapter 11

Case No. 09-30389 (MCR)

Adv. Pro. No. 10-50020-5 (MCR)

**ORDER APPROVING STIPULATION OF
<u>SETTLEMENT AND DISMISSING ADVERSARY PROCEEDING</u>**

Upon the Stipulation of Settlement (the "Stipulation") among David J. Kozlowski, Esq., Attorney for the Plaintiff, and Joseph M. Shur, Esq., Attorney for the Defendant in this adversary proceeding, it is hereby

ORDERED, the Stipulation is approved by the Court; and it is further

NYC/487803.1

ORDERED, that this adversary proceeding is dismissed with prejudice; and it is further

ORDERED, that the Clerk of the Court mark the records of the Court accordingly.

# # #